IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00055-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. GERARDO LOPEZ,**
**4. ANTHONY ALDANA,**

    Defendants.

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter has been scheduled for a one-week jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 20, 2009 at 8:00 a.m.** It is

ORDERED that all pretrial motions shall be filed by **March 23, 2009** and responses to these motions shall be filed by **March 30, 2009**. It is further

ORDERED that a Trial Preparation Conference is set for **April 10, 2009 at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED March 6, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge