IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00055-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GERARDO LOPEZ,
2.  ENRIQUE ALEJANDRO LACALLO,
3.  MILTON GARCIA-ESPINOZA,
4.  ANTHONY ALDANA,
5.  DAVID GUERRA, and
6.  ELIO YANES,

      Defendants.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on the government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions to Attorneys for Defendants [Docket No. 106].  In light of the Court's Order [Docket No. 107] granting the government's Motion to Disclose Grand Jury Material to Defendant [Docket No. 105], it is

ORDERED that the Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions to Attorneys for Defendants [Docket No. 106] is DENIED as moot.

DATED August 20, 2009.