**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00055-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GERARDO LOPEZ,
2.    ENRIQUE ALEJANDRO LACALLO,
3.    MILTON GARCIA-ESPINOZA,
4.    ANTHONY ALDANA, and
6.    ELIO YANES,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a hearing on discovery motions is set for **February 23, 2010 at 3:00 p.m.** in Courtroom A701 before Judge Philip A. Brimmer. It is further

    ORDERED that defendants in custody will not be writted in for this hearing unless notice is filed on or before February 18, 2010 indicating that a defendant requests to be present.

    DATED February 8, 2010.