# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 23, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 31 minutes |
| Probation Officer:  n/a | Interpreter: n/a |

**CASE NO.  09-CR-00055-PAB**

<u>Parties</u>                                              <u>Counsel</u>

**UNITED STATES OF AMERICA,**           M J Menendez

       Plaintiff,

vs.

1. **GERARDO LOPEZ,**                          John Tatum
2. **ENRIQUE ALEJANDRO LACALLO,**   Harvey Steinberg
3. **MILTON GARCIA-ESPINOZA,**          Lisa Wayne
4. **ANTHONY ALDANA and**                 LaFonda Jones
6. **ELIO YANES,**                                  Wade Eldridge

       Defendants.

## MOTIONS HEARING

**3:24 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants Gerardo Lopez, Milton Garcia-Espinoza and Anthony Aldana are present and in custody. Defendants Enrique Alejandro Lacallo and Elio Yanes' appearances have been waived. Also present are Officer Mike Prince, FBI Special Agent Beth Boggess and paralegal Charlotte Musser.

Page Two
09-CR-00055-PAB
February 23, 2010

Opening remarks by the Court indicating how this hearing will proceed.

**ORDERED:** Defendant Anthony Aldana's Request for Notice of Intent to Call Expert Witnesses and Discovery (Doc #154), filed 12/14/09 is **DENIED as MOOT.**

**ORDERED:** Defendant Gerardo Lopez's Motion for Notice of Intent to Call Expert Witnesses and Discovery (Doc #234), filed 2/12/10 is **DENIED as MOOT.**

**ORDERED:** Defendant Milton Garcia-Espinoza's Unopposed Motion to Exclude Additional Time (Doc #165), filed 12/14/09 is **DENIED as MOOT**.

**Defendant Anthony Aldana's Motion for Disclosure of Information Regarding Confidential Source (Doc #178), filed 12/16/09.**

**Defendant Milton Garcia Espinoza's Motion for Disclosure of Information Regarding Confidential Source (Doc #205), filed 1/29/10.**

**3:32 p.m.** Comments by Ms. Wayne is support of defendant's motion.

**3:33 p.m.** Comments by Ms. Jones is support of defendant's motion.

**ORDERED:** Defendant Anthony Aldana's Motion for Disclosure of Information Regarding Confidential Source (Doc #178), filed 12/16/09 is **DENIED.**

**ORDERED:** Defendant Milton Garcia Espinoza's Motion for Disclosure of Information Regarding Confidential Source (Doc #205), filed 1/29/10 is **DENIED.**

**ORDERED:** Defendant Anthony Aldana's Motion for Disclosure (Early) of Jencks Material (Doc #150), filed 12/14/09 is **DENIED as MOOT.**

**ORDERED:** Defendant Milton Garcia Espinoza's Motion for Disclosure Early of Jencks Material (Doc #206), filed 2/1/10 is **DENIED as MOOT.**

**ORDERED:** Defendant Milton Garcia-Espinoza's Motion for Disclosure of Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807 FRE (Doc #211), filed 2/1/10 is **GRANTED** and the Government is required to file 807 notices 30 days in advance of trial, including the name and address of the declarant.

Page Three
09-CR-00055-PAB
February 23, 2010

**ORDERED:** Defendant Enrique Alejandro Lacallo's Motion for Order for Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807 FRE (Doc #170), filed 12/15/09 is **GRANTED** and the Government is required to file 807 notices 30 days in advance of trial, including the name and address of the declarant.

**ORDERED:** Defendant Enrique Alejandro Lacallo's Motion for Discovery Pertaining to Intercepted Communications (Doc #176), filed 12/15/09 is **DENIED**.

**ORDERED:** Defendant Milton Garcia-Espinoza's First Motion to Withdraw Document 207 (Doc #216), filed 2/3/10 is **GRANTED.**

**Defendant Anthony Aldana's Motion for Bill of Particulars (Doc #168), filed 12/15/09.**

**Defendant Milton Garcia-Epinoza's Amended Motion for Bill of Particulars (Doc #217), filed 2/3/10.**

**Defendant Gerardo Lopez's Motion for Bill of Particulars (Doc #231), filed 2/12/10.**

**3:42 p.m.** Comments by Ms. Wayne is support of defendant's motion.

**3:46 p.m.** Comments by Ms. Menendez.

**ORDERED:** Defendant Anthony Aldana's Motion for Bill of Particulars (Doc #168), filed 12/15/09, Defendant Milton Garcia-Epinoza's Amended Motion for Bill of Particulars (Doc #217), filed 2/3/10 and Defendant Gerardo Lopez's Motion for Bill of Particulars (Doc #231), filed 2/12/10 are **TAKEN UNDER ADVISEMENT.** Any party that wishes to file supplemental authority in regard to the Caldwell case may do so by **March 2, 2010.**

**ORDERED:** Defendant Enrique Alejandro Lacallo's Motion for Order for Notice of Intent to Call Expert Witnesses and Discovery (Doc #173), filed 12/15/09 is **DENIED as MOOT.**

**ORDERED:** Defendant Enrique Alejandro Lacallo's Motion for Order for Notice of Intent to Call Expert Witnesses and Discovery (Doc #175), filed 12/15/09 is **DENIED as MOOT.**

**ORDERED:** Defendant Milton Garcia-Epinoza's Motion for Disclosure of Government's Intent to Use Evidence (Doc #212), filed 2/1/10 is **DENIED as MOOT**.

Page Four
09-CR-00055-PAB
February 23, 2010

**Defendant Enrique Alejandro Lacallo's Motion for Release of Brady Materials (Doc #171), filed 12/15/09.**

**3:50 p.m.**     Comments by Ms. Menedez in response to the Court's questions.

**3:53 p.m.**     Comments by Mr. Steinberg.

**ORDERED:**   Defendant Enrique Alejandro Lacallo's Motion for Release of Brady Materials (Doc #171), filed 12/15/09 is **GRANTED in PART and DENIED in PART.** Government shall produce any material in its possession regarding arrests or convictions of witnesses at the time witness lists are disclosed.

**ORDERED:**   Defendant Anthony Aldana's Motion to Disclose Substance of Proffers of Cooperating Government Witnesses (Doc #153), filed 12/14/09 is **DENIED as MOOT.**

**Defendant Anthony Aldana's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment (Doc #152), filed 12/14/09.**

**Defendant Enrique Alejandro Lacallo's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment (Doc #172), filed 12/15/09.**

**Defendant Milton Garcia Espinoza's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment (Doc #210), filed 2/1/10.**

**4:02 p.m.**     Comments by Ms. Menendez.

**4:05 p.m.**     Comments by Mr. Steinberg.

**4:07 p.m.**     Further comments by Ms. Menendez.

**ORDERED:**   Defendant Anthony Aldana's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment (Doc #152), filed 12/14/09 is **DENIED as MOOT**. The Government shall provide information regarding any entry into a plea within one week of having done so. The Government shall also provide any Giglio materials no later than 30 days before trial.

Page Five
09-CR-00055-PAB
February 23, 2010

**ORDERED:** Defendant Enrique Alejandro Lacallo's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment (Doc #172), filed 12/15/09 is **DENIED as MOOT**. The Government shall provide information regarding any entry into a plea within one week of having done so. The Government shall also provide any Giglio materials no later than 30 days before trial.

**ORDERED:** Defendant Milton Garcia Espinoza's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment (Doc #210), filed 2/1/10 /09  is **DENIED as MOOT**. The Government shall provide information regarding any entry into a plea within one week of having done so. The Government shall also provide any Giglio materials no later than 30 days before trial.

**Defendant Anthony Aldana's Motion for Production of Bruton and Rule 80(d)(2)(E) Materials and for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements (Doc #166), filed 12/15/09.**

**Defendant Milton Garcia-Espinoza's Motion to Produce Bruton and Rule 801(d)(2)(E) Materials (Doc #208), filed 2/1/10.**

**Defendant Gerardo Lopez's Motion for Production of Bruton and Rule 80(d)(2)(E) Materials and for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements (Doc #233), filed 2/12/10.**

Comments by Ms. Menendez indicating when the Government can file a James proffer.

Comments by Mr. Steinberg.

Comments by Mr. Tatum.

**ORDERED:** Defendant Anthony Aldana's Motion for Production of Bruton and Rule 80(d)(2)(E) Materials and for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements (Doc #166), filed 12/15/09. Defendant Milton Garcia-Espinoza's Motion to Produce Bruton and Rule 801(d)(2)(E) Materials (Doc #208), filed 2/1/10 and Defendant Gerardo Lopez's Motion for Production of Bruton and Rule 80(d)(2)(E) Materials and for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements (Doc #233), filed 2/12/10 are **TAKEN UNDER ADVISEMENT.**

Page Six
09-CR-00055-PAB
February 23, 2010

**Defendant Anthony Aldana's Motion for Disclosure Pursuant to Rule 404(b) (Doc #149), filed 12/14/09.**

**Defendant Enrique Alejandro Lacallo's Motion for Disclosure of 404(b) Evidence (Doc #169), filed 12/15/09.**

**Defendant Milton Garcia-Espinoza's Motion for Disclosure of 404(b) Evidence or Evidence of Gang Affiliation and for Pretrial Hearing to Determine Admissibility (Doc #213), filed 2/1/10.**

**4:21 p.m.**     Comments by Ms. Menendez.

**4:22 p.m.**     Comments by Ms. Wayne.

**ORDERED:**  Defendant Anthony Aldana's Motion for Disclosure Pursuant to Rule 404(b) (Doc #149), filed 12/14/09 is **GRANTED in PART and DENIED in PART.**  Government shall provide 404(b) notice 30 days before trial.

**ORDERED:**  Defendant Enrique Alejandro Lacallo's Motion for Disclosure of 404(b) Evidence (Doc #169), filed 12/15/09 is **GRANTED in PART and DENIED in PART.**  Government shall provide 404(b) notice 30 days before trial.

**ORDERED:**  Defendant Milton Garcia-Espinoza's Motion for Disclosure of 404(b) Evidence or Evidence of Gang Affiliation and for Pretrial Hearing to Determine Admissibility (Doc #213), filed 2/1/10 is **GRANTED in PART and DENIED in PART.** Government shall provide 404(b) notice 30 days before trial.

**ORDERED:**  Defendant Anthony Aldana's Motion to Preserve Tapes and Notes (Doc #151), filed 12/14/09 is **DENIED.**

**ORDERED:**  Defendant Enrique Alejandro Lacallo's Motion to Preserve Tapes and Notes (Doc #174), filed 12/15/09 is **DENIED**.

**ORDERED:**  Defendant Milton Garcia-Espinoza's Motion to Preserve Tapes and Notes (Doc #209), filed 2/1/10 is **DENIED**.

Discussions identifying what other types of motions the parties intend to file, time needed to file those motions.

**ORDERED:**  Motions to exclude additional time from speedy trial are due **March 2, 2010.**

Page Seven
09-CR-00055-PAB
February 23, 2010

**ORDERED:**   Wiretap motions are due May 24, 2010.  Government's responses are due **June 7, 2009.**

**ORDERED:**   All motions other than motions concerning experts and motions to sever are due **May 24, 2010.**

**ORDERED:**   Motions hearing is scheduled for **June 25, 2010 at 8:30 a.m.**

Defendant Gerardo Lopez requests permission to address the Court.  The Court encourages the defendant to communicate with his attorney and his concerns will be addressed at a later hearing.

**ORDERED:**   Defendants are REMANDED to the custody of the U.S. Marshal.

**4:55 p.m.**     **COURT IN RECESS**

**Total in court time:**         **91 minutes**

**Hearing concluded**