IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00055-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO LOPEZ,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on defendant Gerardo Lopez's Motion for an Additional Bond Hearing and for the Court to order Particularized Discovery to the Defense in Advance of the Bond Hearing [Docket No. 353]. Mr. Lopez's motion "seeks an opportunity to present new evidence, not presented at his original detention hearing, in support [sic] his release from detention pursuant to 18 U.S.C. § 3142(f)."

    In order to reopen a detention hearing under the Bail Reform Act, movant must present evidence that would allow the Court to find that such information was not known to the movant at the time of the original detention hearing and that such information has a material bearing on the issue of pretrial release. *See* 18 U.S.C. § 3142(f). This requirement of the Act is strictly construed. *See United States v. Cervantes*, Case No. 06-cr-00431, 2007 WL 685699 (D. Colo. Jan. 3, 2007). Defendant fails to specify what "new evidence" he wishes to present and explain why it was not known to him at the time of the hearing. Thus, on or before October 5, 2010, it is

ORDERED that defendant Gerardo Lopez shall file a detailed proffer of the information that he would present that was not known to the defendant at the time of his detention hearing, the basis for his claim that it was not known at that time, and why such evidence has a material bearing on the issue of his release.

DATED September 28, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge