IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00055-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERARDO LOPEZ,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on Defendant Gerardo Lopez's Motion for an Additional Bond Hearing and for the Court to Order Particularized Discovery to the Defense in Advance of the Bond Hearing [Docket No. 353] and Defendant Lopez' Proffer Ordered by the Court in Response to Defendant Lopez' Motion for Bond [Docket No. 385]. The government has filed a response opposing the motion [Docket No. 392].

    In order to re-open a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142, the movant must present information that "was not known to the movant at the time of the hearing" which the Court finds "has a material bearing" on the issue of detention. 18 U.S.C. § 3142(f). The Tenth Circuit has interpreted § 3142(f) to require that the same judge who conducted the detention hearing determine whether re-opening the hearing is appropriate. *See United States v. Cisneros*, 328 F.3d 610, 614 (10th Cir. 2003) ("Revocation of a prior release order under § 3142(f) is available only when the review of a detention or release order is being conducted by the same judicial

officer who entered the order"); *see also United States v. Anaya*, 376 F. Supp. 2d 1261, 1626-63 (D.N.M. 2005). Therefore, Mr. Lopez's motion and his proffer [Docket No. 385] will be referred to the judicial officer who conducted his March 4, 2009 detention hearing, Magistrate Judge Michael J. Watanabe.

Wherefore, it is

ORDERED that Defendant Gerardo Lopez's Motion for an Additional Bond Hearing and for the Court to Order Particularized Discovery to the Defense in Advance of the Bond Hearing [Docket No. 353] and Defendant Lopez' Proffer Ordered by the Court in Response to Defendant Lopez' Motion for Bond [Docket No. 385] are referred to Magistrate Judge Michael J. Watanabe.

DATED November 1, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge